# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

SHANON R. RECTOR, )
)
        Plaintiff, )
) Case No. 13-CV-253-JED-PJC
v. )
)
CAROLYN W. COLVIN, )
Acting Commissioner of the )
Social Security Administration, )
)
        Defendant. )

## OPINION AND ORDER

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Paul Cleary (Doc. 22). In the R&R, Judge Cleary recommends that the Court affirm the decision of the Commissioner of the Social Security Administration ("Commissioner") denying benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. § 401 *et seq*.

The denial of benefits to plaintiff was premised upon a finding that she was not disabled. After meticulously summarizing the record, including plaintiff's medical records (Doc. 22 at 1-22), Judge Cleary concluded that the Commissioner's determination was supported by substantial evidence and that the Commissioner applied the correct legal standards (*id.* at 22-34). Judge Cleary analyzed each of the arguments made by plaintiff on appeal. (*See id.* at 24-34).

A district court must determine de novo any part of a Report and Recommendation that has been properly objected to, and "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The time for filing objections to the R&R has expired, and no objections were filed.

The Court has conducted an independent review of the record and the filings in this case and determines that the R&R accurately summarizes the record and properly applies governing law.  Accordingly, the Court hereby adopts the R&R as the Court's findings and conclusions.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. 22) is hereby **accepted**, and the Commissioner's decision is **affirmed.**  A separate judgment will be entered forthwith.

SO ORDERED this 21st day of May, 2014.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE